IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01792-RM-MJW

DANNY COOK,

Plaintiff(s),

v.

DR. TIMOTHY CREANY,
SGT. ROMY GRADISAR, and
LT. JEFF HAWKINS,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendants' Motion to Vacate Final Pre-Trial Conference (Docket No. 40) is granted.  Accordingly, the Final Pretrial Conference set on August 13, 2014, at 9:00 a.m. is VACATED and will be reset, if necessary, following Judge Moore's ruling on the pending report and recommendation (Docket No. 29) on defendants' motion to dismiss (Docket No. 20).

Date: August 7, 2014