**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Case No. 13-cv-01792-RM-MJW

DANNY COOK,

    Plaintiff,

v.

DR. TIMOTHY CREANY,
SGT. ROMY GRADISIR, and
LT. JEFF HAWKINS,

    Defendants.

_____

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE**
_____

    This matter is before the Court on the April 10, 2014 Recommendation of United States Magistrate Judge Michael J. Watanabe (the "Recommendation") (ECF No. 29) that Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 29 at 16.) Despite this advisement, no objections to the Judge Watanabe's Recommendation have to date been filed by either party.

    The Court concludes that Judge Watanabe's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear

error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted.

In accordance with the foregoing, the Court ORDERS as follows:

(1)  The Magistrate Judge's Recommendation (ECF No. 29) is ADOPTED in its entirety;

(2)  Defendants' Motion to Dismiss (ECF No. 20) is GRANTED; and

(3)  The Clerk is directed to enter judgment in favor of Defendants on all claims.

DATED this 24th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge